

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00328-CV

KENDALL COUNTY, ET AL.
v.
WARING LAND INVESTMENTS, LLC

On Appeal from the
451st Judicial District Court of Kendall County, Texas
Trial Court Cause No. 23-063

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 3, 2025